UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/12/2021

BIENVENIDO J. POLANCO,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

20-CV-9270 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On April 24, 2021, the Court ordered the parties to discuss whether they are willing to consent to conducting all further proceeding before Magistrate Judge Cave. The parties were directed to file a response to that Order by no later than April 7, 2021. The Court has not since heard from the parties.

      By no later than April 19, 2021, the parties shall either submit to the Orders & Judgments Clerk at judgments@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. or advise the Court that the parties do not consent to conducting proceedings before Judge Cave.

SO ORDERED.

Dated:    April 12, 2021
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge