UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIENVENIDO J. POLANCO,

                Plaintiff,

-v-                                          CIVIL ACTION NO.: 20 Civ. 9270 (SLC)

COMMISSIONER OF SOCIAL SECURITY,                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

    Per the Court's July 9, 2021 Scheduling Order, the Commissioner's deadline to file its motion for judgment on the pleadings (the "Motion") was October 22, 2021. (ECF No. 17). To date, the Commissioner has neither filed the Motion nor requested an extension of the now-lapsed deadline to do so. Nonetheless, the Court <u>sua sponte</u> extends the Commissioner's deadline to file the Motion, and orders as follows:

1. The Commissioner shall file its Motion by **November 4, 2021**; and

2. Plaintiff shall file his reply, if any, by **November 29, 2021**.

Dated:       New York, New York
                October 28, 2021

                                                      SO ORDERED.

                                                      SARAH L. CAVE
                                                     **United States Magistrate Judge**