## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

BIENVENIDO J.P.,

                Plaintiff,                20 **CIVIL** 9270 (GRJ)

      -v-                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 28, 2022, Plaintiff's Motion for Judgment on the Pleadings is GRANTED; the Commissioner's Motion for Judgment on the Pleadings is DENIED; and this case is REMANDED for further proceedings consistent with the Decision and Order; accordingly, the case is closed.

**Dated:**  New York, New York
           March 29, 2022

                                                                  **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                             **BY:**    K. Mango

                                                                   **Deputy Clerk**