**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BIENVENIDO J. POLANCO,

                Plaintiff,                20 **CIVIL** 9270 (DLC)

     -against-                                 **JUDGMENT**
                                                **For Attorney's Fees**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 20, 2022, Plaintiff is awarded attorney's fees under the EAJA in the amount of $7,493.80. The payment of attorney's fees is subject to any offsetting debt owed by the Plaintiff to the United States. Before the Commissioner shall be obligated to pay the EAJA fees and costs, the Commissioner must determine whether Plaintiff owes a debt to the government. In the event the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Commissioner must then pay the fees directly to Plaintiff's counsel; accordingly, the case is closed.

**Dated:**  New York, New York
          July 20, 2022

                                                                  **RUBY J. KRAJICK**
                                                                    **Clerk of Court**
                                       **BY:**   *K. Mango*
                                                                      **Deputy Clerk**